| | |
|---|---|
| 1 | PHILLIP A. TALBERT |
| | United States Attorney |
| 2 | JEFFREY A. SPIVAK |
| | Assistant U.S. Attorney |
| 3 | 2500 Tulare Street, Suite 4401 |
| | Fresno, California 93721 |
| 4 | Telephone: (559) 497-4000 |

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case Nos. *5:21-po-00391-SAB* |
| | *5:21-po-00392-SAB* |
| Plaintiff, | |
| v. | MOTION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE AND TO VACATE TRIAL DATE |
| MITCHELL SWANSON, | |
| Defendant. | |

The United States of America, by and through Phillip A. Talbert, United States Attorney, and Jeffrey A. Spivak, Assistant United States Attorney, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, moves to dismiss this case in the interest of justice without prejudice, and vacate the trial date in this matter.

DATED: August 24, 2022    Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

By:   /s/ Jeffrey A. Spivak
JEFFREY A. SPIVAK
Assistant U.S. Attorney

1

**O R D E R**

IT IS HEREBY ORDERED that this case is dismissed in the interest of justice without prejudice. The September 6, 2022 trial date in this case is hereby VACATED.

IT IS SO ORDERED.

Dated: __**August 24, 2022**__

UNITED STATES MAGISTRATE JUDGE